Dorothy Novaez, Appellee, v. Donald Falk, Appellant.
Gen. No. 45,322.

William J.
Corrigan, for appellant; Richard M. Spencer, for appellee. Opinion by
JUSTICE FRIEND. Not to be published in full. Opinion filed April 13,
1951; rehearing denied May 8, 1951; released for publication May 8,
1951.